[Nos. 10432–0–III; 10384–6–III.  Division Three.  July 25, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HECTOR GARCIA LUA, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MARIO MAGANA, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 89–1–01466–7, 89–1–01236–2, Robert N. Hackett, Jr., and F. James Gavin, JJ., entered November 3 and October 23, 1989. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Shields, A.C.J., and Thompson, J. Now published at 62 Wn. App. 34.